UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
SCHULTZ, PETER P.                         §    Case No. 10-41828 SPS
MACK SCHULTZ, JULIE M.                    §
                                          §
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-41828 | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | SCHULTZ, PETER P. | | | Date Filed (f) or Converted (c): | 09/17/10 (f) |
| | MACK SCHULTZ, JULIE M. | | | 341(a) Meeting Date: | 11/22/10 |
| For Period Ending: | 03/07/11 | | | Claims Bar Date: | 02/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Debtors' Residence: Single Family Dwelling 4148 N. | 190,000.00 | 0.00 | | 0.00 | 0.00 | 299,507.99 | 30,000.00 |
| 2. Cash on Hand | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 3. Checking Account Harris Bank Chicago, IL 60634 | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 4. Savings Account Community Bank Glen Ellyn, IL 6013 | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 5. TV and Furniture | 1,400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,400.00 |
| 6. Clothing | 800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 800.00 |
| 7. Whole Life Insurance Policy Peter Country Life Ins | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Profit Sharing Plan Peter Through Employer Motor W | 12,038.94 | 0.00 | | 0.00 | 0.00 | 0.00 | 12,038.94 |
| 9. Pending Litigation Civil Claim for Violation of Fa | 1,000.00 | 1,000.00 | | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 10. Pending Litigation Civil Claim for Violation of Fa | 1,000.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 11. 2001 Pontiac Sunfire Mileage: 130,000 | 1,675.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,675.00 |
| 12. 2000 Nissan Pathfinder Mileage: 82,000 | 5,400.00 | 3,000.00 | | 0.00 | 3,000.00 | 0.00 | 2,400.00 |
| 13. 1995 Oldsmobile Cutlass Ciera Mileage: 215,000 | 725.00 | 725.00 | | 0.00 | 725.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.11 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No: 10-41828   Judge: SUSAN PIERSON SONDERBY
Case Name: SCHULTZ, PETER P.
MACK SCHULTZ, JULIE M.

Trustee Name: RONALD R. PETERSON
Date Filed (f) or Converted (c): 09/17/10 (f)
341(a) Meeting Date: 11/22/10
Claims Bar Date: 02/28/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $215,338.94 | $5,725.00 | | $2,000.11 | $3,725.00 | $299,507.99 | $49,613.94 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2011, 9:34 p.m.  Followed-up on 1/10/11.  No more money coming into the estate.

November 26, 2010, 7:18 p.m.  FFDCA actions pending.  Expect an estate of $2M.


Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

_____     Date: _____
RONALD R. PETERSON

Case 10-41828   Doc 22   Filed 05/03/11   Entered 05/03/11 18:05:33   Desc Main
Document      Page 5 of 11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-41828 -SPS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | SCHULTZ, PETER P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MACK SCHULTZ, JULIE M. | | Account Number / CD #: | *******0477 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4044 | | | |
| For Period Ending: | 03/07/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/10 | 9 | Pentagroup Financial, LLC | | 1149-000 | 1,000.00 | | 1,000.00 |
| | | 5959 Corporate Drive # 1400 | | | | | |
| | | Houston, Texas 77036 | | | | | |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,000.01 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,000.04 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,000.07 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 1,000.10 |
| 02/11/11 | 10 | Global Credit & Collection Corp | | 1149-000 | 1,000.00 | | 2,000.10 |
| | | 300 Inteanational Drive, Suite 100 | | | | | |
| | | P.M B 10015 | | | | | |
| | | Wiliamsville, NY 14221 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,000.11 |

|  | COLUMN TOTALS | 2,000.11 | 0.00 | 2,000.11 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 2,000.11 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 2,000.11 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - ********0477 | 2,000.11 | 0.00 | 2,000.11 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,000.11 | 0.00 | 2,000.11 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,000.11    0.00

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM24

Ver: 16.01c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 10-41828 -SPS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | SCHULTZ, PETER P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MACK SCHULTZ, JULIE M. | | Account Number / CD #: | *******0477  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4044 | | | |
| For Period Ending: | 03/07/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | | 0.00 | 0.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-41828 | | Page 1 | | | Date: March 07, 2011 |
| Debtor Name: | SCHULTZ, PETER P. | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 10/30/10 | $0.00 | $4,464.35 | $4,464.35 |
| 000002 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | Filed 10/30/10 | $0.00 | $5,677.35 | $5,677.35 |
| 000003 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | Filed 11/09/10 | $0.00 | $4,609.23 | $4,609.23 |
| 000004 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | Filed 11/09/10 | $0.00 | $5,480.66 | $5,480.66 |
| 000005 070 7100-00 | US Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | Unsecured | Filed 11/17/10 | $0.00 | $12,130.06 | $12,130.06 |
| 000006 070 7100-00 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | Filed 11/24/10 | $0.00 | $1,688.65 | $1,688.65 |
| 000007 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | Filed 12/07/10 | $0.00 | $1,796.32 | $1,796.32 |
| 000008 070 7100-00 | OPHRYS, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Unsecured | Filed 12/17/10 | $0.00 | $823.68 | $823.68 |
| 000009 070 7100-00 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | Filed 02/15/11 | $0.00 | $143.95 | $143.95 |
| | Case Totals: | | | $0.00 | $36,814.25 | $36,814.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-41828 SPS
Case Name: SCHULTZ, PETER P.
　　　　MACK SCHULTZ, JULIE M.
Trustee Name: RONALD R. PETERSON

　　　　Balance on hand　　　　　　　　　　　　　　　　　　　　　　$

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

　　Total to be paid for chapter 7 administrative expenses　　　　$_____

　　Remaining Balance　　　　　　　　　　　　　　　　　　　　　$_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $　　　must be paid in advance of any dividend to general (unsecured) creditors.

　　Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $              have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000005 | US Bank N.A. Bankruptcy Department P.O. Box 5229 Cincinnati, OH 45201-5229 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000008 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE