UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                             §
                                   §
SCHULTZ, PETER P.                  §    Case No. 10-41828 SPS
MACK SCHULTZ, JULIE M.             §
                                   §
                                   §
       Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
       CLERK OF THE U.S. BANKRUPTCY COURT
       KENNETH S. GARDNER
       219 S. Dearborn St.
       Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/08/2011 in Courtroom 642,
       UNITED STATES BANKRUPTCY COURT
       219 S. Dearborn St.
       Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/04/2011                    By: UNITED STATES BANKRUPTCY
                                               COURT
                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
SCHULTZ, PETER P. § Case No. 10-41828 SPS
MACK SCHULTZ, JULIE M. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,000.11 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 2,000.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 500.03 | $ 0.00 | $ 500.03 |
| Trustee Expenses: RONALD R. PETERSON | $ 26.23 | $ 0.00 | $ 26.23 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 526.26 |
| Remaining Balance | $ 1,473.85 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,814.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,464.35 | $ 0.00 | $ 178.73 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 5,677.35 | $ 0.00 | $ 227.29 |
| 000003 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 4,609.23 | $ 0.00 | $ 184.53 |
| 000004 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,480.66 | $ 0.00 | $ 219.42 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000005 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | $ 12,130.06 | $ 0.00 | $ 485.62 |
| 000006 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | $ 1,688.65 | $ 0.00 | $ 67.60 |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 1,796.32 | $ 0.00 | $ 71.92 |
| 000008 | OPHRYS, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 823.68 | $ 0.00 | $ 32.98 |
| 000009 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | $ 143.95 | $ 0.00 | $ 5.76 |

Total to be paid to timely general unsecured creditors    $    1,473.85

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

            Prepared By: /s/Ronald R. Peterson
                           Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                              Case No. 10-41828-SPS
Peter P. Schultz                                                    Chapter 7
Julie M. Mack Schultz
        Debtors
                                      CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales              Page 1 of 2                   Date Rcvd: May 04, 2011
                              Form ID: pdf006              Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2011.
db/jdb         Peter P. Schultz,    Julie M. Mack Schultz,    4148 N. Monitor Avenue,    Chicago, IL   60634-1715
aty           +Dennis G Knipp,    Dennis G. Knipp,   8926 N Greenwood Ave,    PMB 142,    Niles, IL 60714-5163
tr            +Ronald R Peterson,   Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
16151818      +Atlantic Credit & Finance,   c/o Sage Capital Recovery,    1040 Kings Hwy. N,
                Cherry Hill, NJ 08034-1908
16151819      +BAC Home Loans Servicing, L.P.,    Bankruptcy Department,    7105 Corporate Drive, PTX-B-209,
                Plano, TX 75024-4100
16151820       BAC Home Loans Servicing, L.P.,    Customer Service,    P.O. Box 5170,    Simi Valley, CA 93062-5170
16151821      +Barclays Bank Delaware,    125 S. West Street,   Wilmington, DE 19801-5014
16401130       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
                Charlotte, NC   28272-1083
16151824       Capital One Bank (USA), N.A.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16151826      +Capital One Bank (USA), N.A.,    c/o NCO Financial Systems Inc.,    4740 Baxter Road,
                Virginia Beach, VA 23462-4484
16151823      +Capital One Bank (USA), N.A.,    c/o Blitt and Gaines, P.C.,    661 W. Glenn Ave.,
                Wheeling, IL 60090-6017
16151827       Capital One Bank (USA), N.A.,    c/o Leading Edge Recovery Solutions,    P.O. Box 129,
                Linden, MI 48451-0129
16362127       Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16151829       Chase Bank USA, N.A.,    Chase Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
16465733      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16151832       Citibank (South Dakota), N.A.,    Sears Credit Card,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
16151817      +Dennis G. Knipp,    Attorney for Debtor,   PMB 142, 8926 N. Greenwood Avenue,
                Niles, IL 60714-5163
16151834      +GE Money Bank/WalMart,    c/o NCO Financial Systems Inc.,    4740 Baxter Road,
                Virginia Beach, VA 23462-4484
16151835      +Global Credit & Collection Corp.,    300 International Drive,    PMB # 10015,
                Buffalo, NY 14221-5781
16151836      +Global Credit & Collection Corp.,    c/o Barhorst & Associates, P.C.,
                901 W. Jackson Blvd., Suite 301,    Chicago, IL 60607-3023
16151837       Juniper Card Services,    Card Services,   P.O. Box 13337,    Philadelphia, PA 19101-3337
16560041      +OPHRYS, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
16514097      +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
16151839      +Pentagroup Financial, LLC.,    5959 Corporate Drive,    Suite 1400,    Houston, TX 77036-2311
16151840       Pentagroup Financial, LLC.,    c/o Hinshaw & Culbertson,    222 North LaSalle Street, Suite 300,
                Chicago, IL 60601-1081
16151816       Peter P. Schultz - Debtor,    4148 N. Monitor Avenue,    Chicago, IL 60634-1715
16151841       SilverScript Insurance Company,    P.O. Box 94471,    Palatine, IL 60094-4471
16151842      +Social Security Administration,    Office of Public Inquiries,    6401 Security Blvd.,
                Baltimore, MD 21235-0001
16151844      +U.S. Bank, N.A.,    c/o The Shindler Law Firm,    1990 E. Algonquin Road, Suite 180,
                Schaumburg, IL 60173-4164
16151845      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank, N.A.,    Cardmember Service,    P.O. Box 6353,
                Fargo, ND 58125-6353)
16151843      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank, N.A.,    Cardmember Service,    P.O. Box 790084,
                St. Louis, MO 63179-0084)
16433450      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
                Cincinnati, OH 45201-5229)
16151846       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    P.O. Box 5943,
                Sioux Falls, SD 57117-5943
16151847      +Wells Fargo Bank, N.A.,    c/o Heller and Frisone, LTD.,    33 North Lasalle St., Suite 1200,
                Chicago, IL 60602-3415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16820712       E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 23:59:54      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16151833      +E-mail/PDF: gecsedi@recoverycorp.com May 04 2011 23:59:53      GE Money Bank/WalMart,
                Attn: Bankruptcy Department,    P.O. Box 103104,   Roswell, GA 30076-9104
16151838       E-mail/PDF: cr-bankruptcy@kohls.com May 04 2011 23:54:04      Kohl's,    Chase Bank USA, N.A.,
                P.O. Box 3043,    Milwaukee, WI 53201-3043
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0752-1              User: ccabrales            Page 2 of 2                  Date Rcvd: May 04, 2011
                                  Form ID: pdf006            Total Noticed: 37

16151822*     +Barclays Bank Delaware,    125 S. West Street,    Wilmington, DE 19801-5014
16151825*      Capital One Bank (USA), N.A.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16151828*      Capital One Bank (USA), N.A.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
16151830*      Chase Bank USA, N.A.,    Chase Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
16151831*      Chase Bank USA, N.A.,    Chase Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
                                                                                       TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2011**                    **Signature:**    _Joseph Speetjens_