UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
SCHULTZ, PETER P. § Case No. 10-41828 SPS
MACK SCHULTZ, JULIE M. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loans Servicing, L.P. Bankruptcy Department 7105 Corporate Drive, PTX-B-209 Plano, TX 75024 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing, L.P. Customer Service P.O. Box 5170 Simi Valley, CA 93062-5170 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R. PETERSON | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Social Security Administration Office of Public Inquiries 6401 Security Blvd. Baltimore, MD 21235 |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Atlantic Credit & Finance c/o Sage Capital Recovery 1040 Kings Hwy. N Cherry Hill, NJ 08034 |  |  |  |  |  |
|  | Barclays Bank Delaware 125 S. West Street Wilmington, DE 19801 |  |  |  |  |  |
|  | Barclays Bank Delaware 125 S. West Street Wilmington, DE 19801 |  |  |  |  |  |
|  | Capital One Bank (USA), N.A. P.O. Box 30285 Salt Lake City, UT 84130-0285 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (USA), N.A. P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One Bank (USA), N.A. P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One Bank (USA), N.A. c/o Blitt and Gaines, P.C. 661 W. Glenn Ave. Wheeling, IL 60090 | | | | | |
| | Capital One Bank (USA), N.A. c/o Leading Edge Recovery Solutions P.O. Box 129 Linden, MI 48451-0129 | | | | | |
| | Capital One Bank (USA), N.A. c/o NCO Financial Systems Inc. 4740 Baxter Road Virginia Beach, VA 23462 | | | | | |
| | Chase Bank USA, N.A. Chase Cardmember Service P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, N.A. Chase Cardmember Service P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase Bank USA, N.A. Chase Cardmember Service P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citibank (South Dakota), N.A. Sears Credit Card P.O. Box 6283 Sioux Falls, SD 57117-6283 | | | | | |
| | GE Money Bank/WalMart Attn: Bankruptcy Department P.O. Box 103104 Roswell, GA 30076 | | | | | |
| | GE Money Bank/WalMart c/o NCO Financial Systems Inc. 4740 Baxter Road Virginia Beach, VA 23462 | | | | | |
| | Global Credit & Collection Corp. 300 International Drive PMB # 10015 Buffalo, NY 14221 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Global Credit & Collection Corp. c/o Barhorst & Associates, P.C. 901 W. Jackson Blvd., Suite 301 Chicago, IL 60607 | | | | | |
| | Juniper Card Services Card Services P.O. Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | Kohl's Chase Bank USA, N.A. P.O. Box 3043 Milwaukee, WI 53201-3043 | | | | | |
| | Pentagroup Financial, LLC. 5959 Corporate Drive Suite 1400 Houston, TX 77036 | | | | | |
| | Pentagroup Financial, LLC. c/o Hinshaw & Culbertson 222 North LaSalle Street, Suite 300 Chicago, IL 60601-1081 | | | | | |
| | SilverScript Insurance Company P.O. Box 94471 Palatine, IL 60094-4471 | | | | | |
| | U.S. Bank, N.A. Cardmember Service P.O. Box 6353 Fargo, ND 58125-6353 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | U.S. Bank, N.A. Cardmember Service P.O. Box 790084 St. Louis, MO 63179-0084 |  |  |  |  |  |
|  | U.S. Bank, N.A. c/o The Shindler Law Firm 1990 E. Algonquin Road, Suite 180 Schaumburg, IL 60173 |  |  |  |  |  |
|  | Wells Fargo Bank, N.A. Wells Fargo Card Services P.O. Box 5943 Sioux Falls, SD 57117-5943 |  |  |  |  |  |
|  | Wells Fargo Bank, N.A. c/o Heller and Frisone, LTD. 33 North Lasalle St., Suite 1200 Chicago, IL 60602 |  |  |  |  |  |
| 000003 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000004 | CAPITAL ONE BANK (USA), N.A. |  |  |  |  |  |
| 000001 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000002 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000006 | CHASE BANK USA,N.A |  |  |  |  |  |
| 000009 | GE MONEY BANK |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | OPHRYS, LLC | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

Page: 1

| Case No: | 10-41828 | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | SCHULTZ, PETER P. | | Date Filed (f) or Converted (c): | 09/17/10 (f) |
| | MACK SCHULTZ, JULIE M. | | 341(a) Meeting Date: | 11/22/10 |
| For Period Ending: | 08/29/11 | | Claims Bar Date: | 02/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Debtors' Residence: Single Family Dwelling 4148 N. | 190,000.00 | 0.00 | | 0.00 | 0.00 | 299,507.99 | 30,000.00 |
| 2. Cash on Hand | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 3. Checking Account Harris Bank Chicago, IL 60634 | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 500.00 |
| 4. Savings Account Community Bank Glen Ellyn, IL 6013 | 300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 300.00 |
| 5. TV and Furniture | 1,400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,400.00 |
| 6. Clothing | 800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 800.00 |
| 7. Whole Life Insurance Policy Peter Country Life Ins | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Profit Sharing Plan Peter Through Employer Motor W | 12,038.94 | 0.00 | | 0.00 | 0.00 | 0.00 | 12,038.94 |
| 9. Pending Litigation Civil Claim for Violation of Fa | 1,000.00 | 1,000.00 | | 1,000.00 | 0.00 | 0.00 | 0.00 |
| 10. Pending Litigation Civil Claim for Violation of Fa | 1,000.00 | 1,000.00 | | 1,000.00 | FA | 0.00 | 0.00 |
| 11. 2001 Pontiac Sunfire Mileage: 130,000 | 1,675.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,675.00 |
| 12. 2000 Nissan Pathfinder Mileage: 82,000 | 5,400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 13. 1995 Oldsmobile Cutlass Ciera Mileage: 215,000 | 725.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.17 | Unknown | 0.00 | 0.00 |

LFORM1EX

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-41828 | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | SCHULTZ, PETER P. | | | Date Filed (f) or Converted (c): | 09/17/10 (f) |
| | MACK SCHULTZ, JULIE M. | | | 341(a) Meeting Date: | 11/22/10 |
| | | | | Claims Bar Date: | 02/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $215,338.94 | $2,000.00 | | $2,000.17 | $0.00 | $299,507.99 | $49,613.94 |
| | | | | | (Total Dollar Amount in Column 6) | | |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2011, 9:34 p.m. Followed-up on 1/10/11. No more money coming into the estate.

November 26, 2010, 7:18 p.m. FFDCA actions pending. Expect an estate of $2M.


Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11


_____ Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41828 -SPS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | SCHULTZ, PETER P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MACK SCHULTZ, JULIE M. | | Account Number / CD #: | *******0477 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4044 | | | |
| For Period Ending: | 08/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/10 | 9 | Pentagroup Financial, LLC<br>5959 Corporate Drive # 1400<br>Houston, Texas 77036 | | 1149-000 | 1,000.00 | | 1,000.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.01 | | 1,000.01 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,000.04 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 1,000.07 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 1,000.10 |
| 02/11/11 | 10 | Global Credit & Collection Corp<br>300 Inteanational Drive, Suite 100<br>P.M B 10015<br>Wiliamsville, NY 14221 | | 1149-000 | 1,000.00 | | 2,000.10 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 2,000.11 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,000.13 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,000.15 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,000.17 |
| 06/13/11 | | Transfer to Acct #*******9276 | Bank Funds Transfer | 9999-000 | | 2,000.17 | 0.00 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 2,000.17 | 2,000.17 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 2,000.17 | |
| Subtotal | | 2,000.17 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 2,000.17 | 0.00 | |

Page Subtotals 2,000.17 2,000.17

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2                                                                                                      Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                               Exhibit 9

| Case No: | 10-41828 -SPS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SCHULTZ, PETER P. | Bank Name: | BANK OF AMERICA, N.A. |
| | MACK SCHULTZ, JULIE M. | Account Number / CD #: | *******9276 BofA - Checking Account |
| Taxpayer ID No: | *******4044 | | |
| For Period Ending: | 08/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/13/11 | | Transfer from Acct #*******0477 | Bank Funds Transfer | 9999-000 | 2,000.17 | | 2,000.17 |
| 06/13/11 | 003001 | Ronald R. Peterson<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Professional Fees<br>Final Trustee Fees | 2100-000 | | 500.03 | 1,500.14 |
| 06/13/11 | 003002 | Ronald R. Peterson<br>353 North Clark Street<br>Chicago, Il 60654-3456 | Trrustee Expenses | 2200-000 | | 26.23 | 1,473.91 |
| 06/13/11 | 003003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 178.74 | 1,295.17 |
| 06/13/11 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 227.30 | 1,067.87 |
| 06/13/11 | 003005 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution | 7100-000 | | 184.54 | 883.33 |
| 06/13/11 | 003006 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final distribution | 7100-000 | | 219.43 | 663.90 |
| 06/13/11 | 003007 | US Bank N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | Final distribution | 7100-000 | | 485.64 | 178.26 |
| 06/13/11 | 003008 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final distribution | 7100-000 | | 67.61 | 110.65 |
| | | | Page Subtotals | | 2,000.17 | 1,889.52 | |

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-41828 -SPS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | SCHULTZ, PETER P. | | Bank Name: | BANK OF AMERICA, N.A. |
| | MACK SCHULTZ, JULIE M. | | Account Number / CD #: | *******9276  BofA - Checking Account |
| Taxpayer ID No: | *******4044 | | | |
| For Period Ending: | 08/29/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/11 | 003009 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Final distribution | 7100-000 | | 71.91 | 38.74 |
| 06/13/11 | 003010 | OPHRYS, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Final distribution | 7100-000 | | 32.98 | 5.76 |
| 06/13/11 | 003011 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | | 7100-000 | | 5.76 | 0.00 |

```
                                    COLUMN TOTALS                      2,000.17        2,000.17        0.00
                               Less: Bank Transfers/CD's                2,000.17            0.00
                                    Subtotal                                0.00        2,000.17
                               Less: Payments to Debtors                                    0.00
                                    Net                                     0.00        2,000.17
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********0477 | 2,000.17 | 0.00 | 0.00 |
| BofA - Checking Account - ********9276 | 0.00 | 2,000.17 | 0.00 |
| | 2,000.17 | 2,000.17 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00         110.65

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-41828 -SPS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | SCHULTZ, PETER P. | Bank Name: | BANK OF AMERICA, N.A. |
| | MACK SCHULTZ, JULIE M. | Account Number / CD #: | *******9276 BofA - Checking Account |
| Taxpayer ID No: | *******4044 | | |
| For Period Ending: | 08/29/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********0477

BofA - Checking Account - ********9276

Page Subtotals     0.00     0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*